372 A.2d 833

Commonwealth v. Benjamin, Appellant.

Submitted September 13, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.